**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                                No. 4:04CR00292-01 JLH

USHINDI SPEARS                                                                                          DEFENDANT

**ORDER**

Without objection, the government's Motion to Apply Seized Funds to Restitution is GRANTED. Document #116. The $1,000.00 cash in evidence at the FBI in this case is to be deposited with the Clerk of Court and directed as payment of outstanding restitution to the Recording Industry Association of America.

IT IS SO ORDERED this 12th day of June, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE